UNITED STATES of America,
Appellee,

v.

Anthony SCOTT, Appellant.

No. 06–1824.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 30, 2006.

Decided: Sept. 5, 2006.

Douglas C. Bunch, Springfield, MO, for Appellee.

Nancy Price, Springfield, MO, for Appellant.

Anthony Scott, Oklahoma City, OK, pro se.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

While Anthony Scott (Scott) was serving the supervised release portion of his federal sentence on a bank-robbery conviction, the district court[1] revoked supervised release and sentenced him to serve 8 months in prison and 24 additional months of supervised release. Scott appeals, arguing for the first time that the court erred by imposing additional supervised release because, under the law in effect in the jurisdiction where he was sentenced when he

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

committed his original offense in May 1994,[2] a revocation sentence including both imprisonment and additional supervised release was not permissible.

The district court did not commit error, plain or otherwise, in imposing a revocation sentence that included both imprisonment and additional supervised release, because at the time of Scott's offense, 18 U.S.C. § 3583(e)(3) authorized such a revocation sentence. *See Johnson v. United States,* 529 U.S. 694, 702, 713, 120 S.Ct. 1795, 146 L.Ed.2d 727 (2000). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

**2.** Scott was sentenced in December 1994, in the Eastern District of Washington, to 140 months in prison and 3 years of supervised release. Jurisdiction over Scott was later transferred to the Western District of Missouri.